**STATE of Missouri, Respondent,**

v.

**Henry L. LEWIS, Appellant.**

**No. WD 62105.**

Missouri Court of Appeals,
Western District.

Sept. 23, 2003.

Ellen H. Flottman, Columbia, MO, for Appellant.

John M. Morris, III, Jefferson City, MO, for Respondent.

Before: JAMES M. SMART, JR., P.J., ROBERT G. ULRICH and LISA WHITE HARDWICK, JJ.

**ORDER**

PER CURIAM.

Henry Lewis ("Mr. Lewis") appeals his convictions and resulting sentences following jury trial for one count of robbery in the first degree, section 569.020, one count of armed criminal action, section 571.015, and two counts of robbery in the second degree, section 569.030. For reasons stated in the memorandum provided to the

parties, the judgment of convictions is affirmed. Rule 30.25(b).